

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00345-CR

**EX PARTE VANESSA MARIE VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Dandy Middleton's Notification of Late Reporter's Record is hereby NOTED. Time is extended until September 27, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court